UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Daniela Melendez Garces,<br><br>                              Plaintiff,<br><br>        -against-<br><br>The Volkov Law Group et al.,<br><br>                              Defendants. | 25-CV-9804 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff has accepted defendants' offer of judgment. Fed. R. Civ. P. 68.

The Clerk of Court is respectfully directed to enter judgment for plaintiff in the amount of $60,000, inclusive of any and all costs and attorneys' fees, and to close the case.

SO ORDERED.

Dated: February 18, 2026
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge