**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DANIELA MELENDEZ GARCES,

                      Plaintiff,

        -against-

THE VOLKOV LAW GROUP LLC and
MICHAEL VOLKOV, individually,

                    Defendants.
-------------------------------------------------------------------X

25 **CIVIL** 09804 (AS)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 18, 2026, the Plaintiff has accepted defendants' offer of judgment. Fed. R. Civ. P. 68.  Judgment entered for plaintiff in the amount of $60,000.00, inclusive of any and all costs and attorneys' fees, and the case is closed.

**Dated:** New York, New York

      February 19, 2026

                                  **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**

        **BY:**
                                    _____
                                    **Deputy Clerk**